# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      No. 4:14CR00147-07 JLH

MARIA GARCIA                                                                DEFENDANT

## ORDER

The United States' motion to dismiss indictment as to Maria Garcia is GRANTED. Document #355.  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment and superseding indictment as to Maria Garcia are hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE